UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.  12-cv-24463-Cooke/Turnoff

JOHN TORRES

    Plaintiff,

vs.

CITY OF HIALEAH, a political subdivision of
The State of Florida;
CITY OF HIALEAH POLICE DEPARTMENT;
OFFICER RUBEN MIGUEL; and OFFICER
NORBERTO LOPEZ.

    Defendants.
_____/

## MOTION TO WITHDRAW AS COUNSEL

Undersigned counsel hereby moves this Honorable Court for an order allowing him to withdraw as counsel of record for Plaintiff in the above styled case and as grounds therefore states:

1. Undersigned represented Plaintiff herein in the underlying State criminal prosecution.

2. Undersigned agreed to represent Plaintiff in the instant case, a Civil Rights violation / False Arrest / Malicious Prosecution claim.

3. Irreconcilable differences have risen between the undersigned and Plaintiff which differences have destroyed the necessary attorney/client relationship and make it impossible for the undersigned to continue to represent Plaintiff herein. The original issues have in turn created more issues further damaging the attorney client relationship.

4. As a result of the irreconcilable differences undersigned indicated to Plaintiff that he would be withdrawing from the case but that undersigned would make an attempt to settle the case for minimal damages before withdrawing if Plaintiff was agreeable thereto.

5. Plaintiff gave undersigned the go-ahead to attempt to negotiate a settlement as outlined.

6. Undersigned was able to negotiate a settlement for a minimum amount.

7. Plaintiff now refuses to abide by the settlement.

Torres v. City of Hialeah, et. al.
Case No. 12 cv24463-Cooke
Motion to withdraw as counsel
Page **2** of **3**

8. Plaintiff refuses to acknowledge that undersigned was going to seek permission to withdraw in any event. Opposing counsel have indicated that they will move to enforce the oral settlement agreement thus putting undersigned in a conflict position.

9. As a consequence of both the initial difficulties and dispute between undersigned and Plaintiff and the second dispute involving the conflict developing from the settlement issues, undersigned no longer wishes to represent Plaintiff and has a conflict with Plaintiff. Undersigned therefore hereby moves this Honorable Court for an order allowing him to withdraw.

10. A scheduling order has been entered in this case (DE 22) (Trial set for May 5, 2014). If undersigned is allowed to withdraw such withdrawal will not interfere with this Court's docket nor with the progress of this case. Nor will allowing undersigned to withdraw have a material adverse effect on Mr. Torres' interests, (Florida Rules of Professional Conduct, R. 4-1.16 comment).

11. Florida Rule of professional Conduct 4-1.16(b) allows withdrawal if;

(1) withdrawal can be accomplished without material adverse effect on the interests of the client;

(5) other good cause for withdrawal exists.

12. Undersigned's motion to withdraw should therefore be granted absent very unusual circumstances, such as an imminent trial or other circumstances under which the client will be adversely affected by allowing the attorney to withdraw, *Mekdeci et al v. Merrell National Laboratories , et al* 711 F. 2nd 1510; (11th Cir 1983); *Fisher v. State,* 249 So. 2nd 479, (Fla. 1971).

13 Undersigned therefore moves this Honorable Court for an order allowing him to withdraw as counsel for Plaintiff.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy hereof was furnished to the Clerk of the Court this 28th day of June, 2013 via CM/ECF and that opposing counsel were thereby supplied with a copy of this motion.

Case 1:12-cv-24463-MGC   Document 33   Entered on FLSD Docket 06/28/2013   Page 3 of 3

Torres v. City of Hialeah, et. al.
Case No. 12 cv24463-Cooke
Motion to withdraw as counsel
Page **3** of **3**

I FURTHER CERTIFY that I emailed and mailed a copy hereof to Plaintiff John Torres at <u>disneyfx@gmail.com</u>, 1280 W 29th Street, #OB, Hialeah, FL 33012 and care of his mother, Jeannette Rosado, 2200 Springdale Blvd. Palm Springs, Fl. 33461.

I FURTHER CERTIFY that I have attempted to discuss this with at the Plaintiff on numerous occasions and Plaintiff is opposed to the undersigned's withdrawal.

I ALSO CERTIFY that I have contacted opposing counsel and that they object to the undersigned withdrawing.

>
> DeFABIO and FENN, P.A.
> 2333 Brickell Avenue, Ste A-1
> Miami, FL 33129.
> (305) 448-7200/Fax: 305-444-0913
>
> By*:   /s/ Leonard P. Fenn*
>         LEONARD P. FENN, ESQ.
>         F.B.N. 237337