## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No. 12-24463-Civ-COOKE/TURNOFF

JOHN TORRES,

     Plaintiff,

vs.

CITY OF HIALEAH, CITY OF HIALEAH
POLICE DEPARTMENT, OFFICER RUBEN
MIGUEL, and OFFICER NORBERTO LOPEZ,

     Defendants.

_____/

### ORDER GRANTING DEFENDANTS' JOINT
### MOTION TO ENFORCE SETTLEMENT AGREEMENT

THIS MATTER is before me on Defendants' City of Hialeah, Officer Ruben Miguel, and Office Norberto Lopez's Motion to Enforce Settlement Agreement (ECF No. 34). A hearing on Defendants' Joint Motion to Enforce Settlement was held on October 9, 2013 (ECF No. 44).

Having fully reviewed the Joint Motion to Enforce Settlement, Plaintiff's former counsel's Response to Defendants' Joint Motion to Enforce Settlement (ECF No. 40), the Motion to Withdraw as Counsel (ECF No. 33), the arguments presented at the October 9, 2013 Motion Hearing, the record, and the relevant legal authorities, I conclude that the parties reached an enforceable settlement agreement.

Accordingly, it is hereby **ORDERED and ADJUDGED** that Defendants' Joint Motion to Enforce Settlement (ECF No. 34) is **GRANTED** for the reasons stated in open court and enunciated in Defendants' Joint Motion to Enforce Settlement. Plaintiff John Torres is **ORDERED** to execute the settlement agreement at issue in this matter. Failure to do so will result in sanctions being entered against Plaintiff John Torres, who will also be held in contempt

of court.

IT IS FURTHER **ORDERED** that a stipulation of final dismissal, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), or a motion for dismissal, pursuant to Rule 41(a)(2), shall be filed within thirty (30) days of this Order.  In the event a stipulation of final dismissal is filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the parties desire the Court to have continuing jurisdiction to enforce the terms of the settlement agreement, they must *condition* the stipulation upon this Court entering an order retaining jurisdiction.  *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012).   The Clerk shall *administratively* **CLOSE** this case.  All other pending motions, if any, are **DENIED** *as moot*.

**DONE and ORDERED** in chambers at Miami, Florida, this 10th day of October 2013.

MARCIA G. COOKE
United States District Judge

Copies provided to:
*William C. Turnoff, U.S. Magistrate Judge*
*Counsel of record*