UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO.: 12-CIV-24463-COOKE

JOHN TORRES,

        Plaintiff,

vs.

CITY OF HIALEAH, a Political Subdivision of the State of Florida; CITY OF HIALEAH POLICE DEPARTMENT, OFFICER RUBEN MIGUEL; and OFFICER NICHOLAS LOPEZ,

        Defendants.

## DEFENDANTS, CITY OF HIALEAH, OFFICER RUBEN MIGUEL, AND OFFICER NICHOLAS LOPEZ'S, MOTION TO DISMISS WITH PREJUDICE

The Defendants, CITY OF HIALEAH, OFFICER RUBEN MIGUEL, and OFFICER NICHOLAS LOPEZ, by and through undersigned counsel, and pursuant to the Federal Rules of Civil Procedure, and specifically Fed. R. Civ. P. 41(b), hereby file their Motion to Dismiss with Prejudice and state as follows:

1. On July 8, 2013, Defendants filed their Joint Motion to Enforce Settlement [DE#34].

2. On October 9, 2013, the Court held an extensive hearing on Defendants' Joint Motion to Enforce Settlement [DE#34], at which Plaintiff was present.

3. On October 10, 2013 the Court entered an Order Granting Defendants' Joint Motion to Enforce Settlement Agreement [DE#45].

4. In its Order Granting Defendants' Joint Motion to Enforce Settlement Agreement [DE#45], the Court ordered that Plaintiff to "execute the settlement agreement at issue in this matter," and admonished that failure to do so will result in a final dismissal of the action.

5.  Following the October 9, 2013 hearing, efforts were made by the undersigned to obtain Plaintiff's signature on a joint stipulation for voluntary dismissal with prejudice. On October 17, 2013, Defendants provided Plaintiff with a copy of the joint stipulation for voluntary dismissal with prejudice, as well as the settlement funds.

6.  Despite Defendants having provided Plaintiff with the settlement funds, Plaintiff has failed to execute and return the joint stipulation for voluntary dismissal with prejudice as ordered by the Court.

7.  As a result, Defendants are requesting this Court to grant this Motion to Dismiss, and enter the proposed order attached hereto as "Exhibit A," dismissing Plaintiff's Amended Complaint with prejudice, and retaining jurisdiction to enforce the terms of the parties' settlement agreement and release.

WHEREFORE, Defendants, CITY OF HIALEAH, OFFICER RUBEN MIGUEL, and OFFICER NICHOLAS LOPEZ, request the Court enter an Order of Dismissal with Prejudice, and retain jurisdiction to enforce the terms of the parties' settlement agreement and release, and for such other relief as the Court deems appropriate.

Respectfully submitted on **November 12, 2013**,

| | |
|---|---|
| /s/ Devang Desai | /s/ Alan E. Krueger |
| Devang Desai, Esq. – FBN: 664421 | Alan E. Krueger, Esq. – FBN: 151680 |
| Mark R. Antonelli, Esq. – FBN: 356948 | Assistant City Attorney |
| GAEBE, MULLEN, ANTONELLI & DIMATTEO | Hialeah City Attorney's Office |
| 420 South Dixie Highway, 3rd Floor | 501 Palm Avenue |
| Coral Gables, Florida 33146 | Hialeah, Florida 33011-0040 |
| Tel.: (305) 667-0223 / Fax: (305) 284-9844 | Tel.: (305)883-5853 / Fax: (305)883-5896 |
| Email: ddesai@gaebemullen.com | Email: akrueger@hialeahfl.gov |
| Email: mantonelli@gaebemullen.com | **ATTORNEY FOR THE CITY OF HIALEAH** |
| **ATTORNEYS FOR OFFICERS RUBEN MIGUEL AND NICHOLAS LOPEZ** | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on **November 12, 2013**, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel listed below, in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF, or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing.

By:    */s/ Devang Desai*
       DEVANG DESAI, ESQ.
       ddesai@gaebemullen.com

TO:    **Alan E. Krueger, Esq.**
ASSISTANT CITY ATTORNEY, CITY OF HIALEAH
501 Palm Avenue
Hialeah, FL 33011-0040
Tel.: (305) 883-5853 / Fax: (305) 883-5896
Email: akrueger@hialeahfl.gov

**Leonard P. Fenn, Esq.**
DEFABIO & FENN, P.A.
2333 Brickell Avenue, Suite A-1
Miami, FL 33129
Tel.: (305) 448-7200 / Fax: (305) 444-0913
Email: fennlawoffice@bellsouth.net

John Torres
220 Springdale Blvd.
Palm Springs, FL 33461
Email: disneyfx@gmail.com