UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-24463-Civ-COOKE/TURNOFF

JOHN TORRES,

    Plaintiff,

vs.

CITY OF HIALEAH, CITY OF HIALEAH
POLICE DEPARTMENT, OFFICER RUBEN
MIGUEL, and OFFICER NORBERTO LOPEZ,

    Defendants.
_____/

**ORDER GRANTING DEFENDANTS' MOTION TO DISMISS WITH PREJUDICE**

THIS MATTER is before me on Defendants' City of Hialeah, Officer Ruben Miguel, and Office Norberto Lopez's Motion to Dismiss with Prejudice (ECF No. 48).  On October 10, 2013, Plaintiff John Torres ("Plaintiff" or "Mr. Torres") was ordered to execute the settlement agreement at issue in this matter, and was informed that failure to do so would result in sanctions being entered against him.  *See* Order Granting Defs.' Joint Mot. Enforce Settlement Agreement, ECF No. 45.  To date, Plaintiff has refused to execute the settlement agreement and the joint stipulation for voluntary dismissal with prejudice despite having been provided with the settlement funds.  Mot. Dismiss at 2.

Having fully reviewed Defendants' Motion to Dismiss with Prejudice, the record, and the relevant legal authorities, it is hereby **ORDERED and ADJUDGED** that Defendants' Motion to Dismiss with Prejudice (ECF No. 48) is **GRANTED**.  Pursuant to Federal Rule of Civil Procedure 41(b), this matter is **DISMISSED** *with prejudice* with each party to bear his or their own costs and attorney's fees.  The Court shall retain jurisdiction over this matter to enforce the terms of the parties' settlement agreement.  The Clerk of Court shall **CLOSE** this case.  All other

pending motions, if any, are **DENIED** *as moot*.

**DONE and ORDERED** in chambers at Miami, Florida, this 25th day of November 2013.

_____
MARCIA G. COOKE
United States District Judge

Copies provided to:
*William C. Turnoff, U.S. Magistrate Judge*
*Counsel of record*